# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHRISTOPHER IVY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:04-cv-02944-RBP-HGD |
| SAMUEL HOWARD, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 27, 2007, recommending that the defendant's special report be treated as a motion for summary judgment and that the motion be granted and this action be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be

GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this 18th day of May, 2007.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**